UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Criminal No. 22-mj-30460

Yifei Chu,

    Defendant

_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee

prior to appearance on the complaint.

    Respectfully submitted,

    Dawn N. Ison
    United States Attorney

    *s/Ronald Waterstreet*
    Ronald Waterstreet P42197
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    ronald.waterstreet@usdoj.gov
    (313) 226-9593

Dated: October 25, 2022

**IT IS SO ORDERED.**

    **s/Anthony P. Patti**
    Anthony P. Patti
    United States Magistrate Judge

Entered: October 25, 2022